THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>vs.<br><br>REBECCA FRANKFORTER,<br><br>                        Defendant. | **CR-16-17-H-BMM**<br><br>**ORDER** |

Rebecca Frankforter ("Frankforter") has moved for early termination of her term of supervised release. (Doc. 147.) The Government supports Frankforter's motion. (Doc. 99.) The Court conducted a hearing in this matter on November 16, 2022. (Doc. 150.) The Court grants Frankforter's Motion for Early Termination of Supervised Release for the following reasons.

Frankforter pleaded guilty, pursuant to a plea agreement, to one count of conspiracy to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846. (Doc. 99.) The Court sentenced Frankforter in June 2017 to forty months' imprisonment, followed by five years of supervised release. (*Id.*)

Federal law authorizes a defendant to move for termination of her supervised release after successfully completing one year's supervision, so long as the Court is satisfied that termination remains "warranted by the conduct of the defendant and

the interest of justice." 18 U.S.C. § 3583(e). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The factors in 18 U.S.C. § 3553(a) support an early termination of Frankforter's supervised release. Frankforter's probation officer has commented that Frankforter has performed "exceptionally well" on supervision. (Doc. 148 at 3.) Frankforter has worked with the Montana Child Protective Services to regain custody of her children. (*Id.*) Frankforter also has received a conditional discharge from her state supervision, and she now works for the State of Montana. (*Id.*) Frankforter also reports playing an active role in her church and sobriety communities. (*Id.*) The Government supports Frankforter's motion in part due to the Frankforter's demonstrated connections with and support from her family, friends, and community. (*Id.*) These successes demonstrate that termination of supervision is warranted.

Accordingly, **IT IS HEREBY ORDERED** that Frankforter's Motion for Early Termination of Supervised Release (Doc. 147) is **GRANTED**.

DATED this 18th day of November, 2022.

_____
Brian Morris, Chief District Judge
United States District Court